UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

JUSTIN S. SLATES,

    Petitioner,     Case No. 2:26-cv-124

v.             Honorable Ray Kent

JAMIE CORRIGAN,

    Respondent.

_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's application for leave to proceed *in forma pauperis* (ECF No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's motion to stay these proceedings and hold them in abeyance (ECF No. 3) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated: June 26, 2026     /s/ Ray Kent
             Ray Kent
             United States Magistrate Judge