UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JUSTIN S. SLATES,

                Petitioner,             Case No. 2:26-cv-124

v.

                                   Honorable Ray Kent

JAMIE CORRIGAN,

                Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to exhaust available state court remedies.


Dated:   June 26, 2026                   /s/ Ray Kent
                                             Ray Kent
                                             United States Magistrate Judge